993 A.2d 1215

IN THE MATTER OF RICHARD P. SAUNDERS,
AN ATTORNEY AT LAW.

April 30, 2010.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following a motion for discipline by consent of **RICHARD P. SAUNDERS** of **ROCKAWAY,** who was admitted to the bar of this State in 1985;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.15(a) (negligent misappropriation of client trust funds), and *RPC* 8.4(c) (misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.15(a), and *RPC* 8.4(c), and that said conduct warrants a censure;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's ethics violation and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RICHARD P. SAUNDERS** of **ROCKA-WAY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.